IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH, et al.,

                Plaintiffs,

v.

NIXON PEABODY LLP, et al.,

                Defendants.

NO. C07-3193 TEH

ORDER OF REFERRAL

    In their response to the order to show cause as to why this case should not be dismissed for lack of jurisdiction, Plaintiffs Hana and Oliver Hilsenrath state that this case is related to two earlier-filed cases: *Janvrin Holdings Limited v. Hilsenrath*, Case No. C02-1068 CW, and *United States v. Hilsenrath*, Case No. CR03-0213 WHA.  Accordingly, pursuant to Civil Local Rule 3-12(c), this Court hereby refers this case to Judges Claudia Wilken and William Alsup for the purpose of determining whether this case is related to either of the two earlier-filed cases.

**IT IS SO ORDERED.**

Dated: 07/19/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT